IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
       LITIGATION (NO. VI)                        Civil Action No. MDL 875

_____

Richard Knowlen,                              CIVIL ACTION NO.  08-CV-4893

            Plaintiff,

v.                                       **ORDER FOR DISMISSAL**

BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY, a Delaware corporation,
Individually and as Successor-in-Interest to the
GREAT NORTHERN RAILWAY COMPANY and the
NORTHERN PACIFIC RAILWAY COMPANY,

            Defendant.
_____

Pursuant to the Stipulation of Dismissal with Prejudice:

    IT IS HEREBY ORDERED and adjudged that the claims and causes of action which were asserted or could have been asserted in this case are hereby dismissed with prejudice and on the merits with each party to bear their own costs, disbursements, attorneys' fees and other litigation expenses.

    THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 2, 2011                   BY THE COURT

                                               s/Paul A. Magnuson
                                             Honorable Paul A. Magnuson
                                             United States District Court Judge